# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Extremity Medical, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>Fusion Orthopedics, LLC,<br><br>   Defendant.<br>Fusion Orthopedics, LLC,<br><br>   Counter-Claimant,<br><br>v.<br><br>Extremity Medical, LLC,<br><br>   Counter-Defendant. | No. CV-22-00723-PHX-GMS<br><br>**ORDER** |

Pending before this Court are Plaintiff's Motion for Sanctions Against Fusion Orthopedics, LLC (Doc. 85), and the parties' Joint Stipulation and Unopposed Motion for Leave to File Under Seal (Doc. 86). Therefore,

**IT IS HEREBY ORDERED** that the parties' Joint Stipulation and Unopposed Motion for Leave to File Under Seal (Doc. 86) is granted. The Clerk of the Court is directed to file under seal the lodged Proposed Exhibits 3 and 4 to Michael J. Zinn's Declaration (Doc. 87).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Sanctions (Doc. 85) is denied. Defendant Fusion Orthopedics, LLC's discovery response was not inappropriate and thus gives rise to no motion for sanctions.

Dated this 5th day of October, 2023.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge