# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Extremity Medical, LLC, | No. CV-22-00723-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Fusion Orthopedics, LLC, | |
| Defendant. | |
| Fusion Orthopedics, LLC, | |
| Counter-Claimant, | |
| v. | |
| Extremity Medical, LLC, | |
| Counter-Defendant. | |

In light of the Court's December 12, 2023 Order (Doc. 107) staying this case,

**IT IS ORDERED** the parties shall file joint status reports **commencing March 12, 2024** and every **90** days thereafter re the resolution of the *Inter Parties Review* IPR2023-00894 of the '166 patent that was instituted on November 17, 2023.

Dated this 13th day of December, 2023.

G. Murray Snow
Chief United States District Judge