# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Extremity Medical, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Fusion Orthopedics, LLC,<br><br>　　　　　Defendant.<br>Fusion Orthopedics, LLC,<br><br>　　　　　Counter-Claimant,<br><br>v.<br><br>Extremity Medical, LLC,<br><br>　　　　　Counter-Defendant. | No. CV-22-00723-PHX-GMS<br><br>**ORDER** |

In light of the Court's December 12, 2023 Order (Doc. 107) staying this case, and the fact that the Court's current Case Management Order deadlines have passed,

**IT IS ORDERED:**

1. Denying as moot Defendant Fusion Orhopedics, LLC's Motion to Amend Scheduling Order and denying without prejudice the Motion to Compel Deposition of Extremity Medical LLC's 30(b)(6) Witness (Doc. 92);

2. Deny without prejudice the parties' Joint Stipulation and Unopposed Motion for Leave to File Under Seal (Doc. 93); and

3. Deny as moot Plaintiff Extremity Medical LLC's Motion for a Nine-Hour Extension of the Deadline for Expert Reports (Doc. 97).

**IT IS FURTHER ORDERED** when the stay is lifted, the Court will hold a status conference regarding setting further case management deadlines and discussion on whether the parties will proceed in refiling any of the motions that are terminated by this Order.

Dated this 8th day of May, 2024.

_____
G. Murray Snow
Chief United States District Judge