# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Extremity Medical, LLC, | No. CV-22-00723-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Fusion Orthopedics, LLC, | |
| Defendant. | |
| Fusion Orthopedics, LLC, | |
| Counter-Claimant, | |
| v. | |
| Extremity Medical, LLC, | |
| Counter-Defendant. | |

Before the Court is the parties' Joint Status Report (Doc. 118.

**IT IS ORDERED** lifting the stay entered by the Court's December 12, 2023 Order (Doc. 107).

**IT IS FURTHER ORDERED** setting a Telephonic Status Conference on **April 18, 2025 at 11:30 a.m. (Arizona Time)**.  To ensure clarity of communication with the Court and accurate transcription by the Court Reporter, the parties shall not use headsets, speaker phones or other apparatus that interferes with a clear transmission.  It is each participating lawyer's/party's responsibility to have a clear audio connection.  Failure to

achieve this will require that the Status Conference be reset with the parties appearing in Court in person. The Court will email the call-in information to counsel/parties prior to the conference date.

Dated this 17th day of March, 2025.

_____
G. Murray Snow
Senior United States District Judge