# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Extremity Medical, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Fusion Orthopedics, LLC,<br><br>    Defendant.<br>Fusion Orthopedics, LLC,<br><br>    Counter-Claimant,<br><br>v.<br><br>Extremity Medical, LLC,<br><br>    Counter-Defendant. | No. CV-22-00723-PHX-GMS<br><br>**ORDER** |

Before the Court are Defendant Fusion Orthopedics, LLC's Unopposed Motion to Amend Its Motion for Summary Judgment of Invalidity (Doc. 143) and Unopposed Motion to Amend Its Response Brief to Extremity Medical, LLC's Motion for Summary Judgment (Doc. 144).

**IT IS ORDERED** granting Defendant Fusion Orthopedics, LLC's Unopposed Motion to Amend Its Motion for Summary Judgment of Invalidity (Doc. 143) and Unopposed Motion to Amend Its Response Brief to Extremity Medical, LLC's Motion for Summary Judgment (Doc. 144).

**IT IS FURTHER ORDERED** Defendant Fusion shall file its Amended Motion for

Summary Judgment of Invalidity in the form in which it is attached as Exhibit A to the Motion to Amend (Doc. 143-2).

**IT IS FURHTER ORDERED** Defendant Fusion shall file its Amended Opposition to Extremity Medical, LLC's Motion for Summary Judgment in the form in which it is attached as Exhibit A to the Motion to Amend. (Doc. 144-2).

Dated this 15th day of December, 2025.

_____
G. Murray Snow
Senior United States District Judge