Steven C. Mahaffy/Bar No. 022934
MAHAFFY LAW FIRM, P.C.
P.O. Box 2902
Gilbert, AZ 85299
Phone: 480-993-8053
steve@mahaffylaw.com

Ross G. Culpepper (*pro hac vice*)
ALLIANCE IP, LLC
7211 La Vista Drive
Dallas, TX 75214
Phone: (469) 917-7693
E-mail: ross@allianceip.com

Corby R. Vowell (*pro hac vice*)
VOWELL LAW, PLLC
8350 N. Central Expressway, Suite 1900
Dallas, TX 75206
Phone: (817) 313-9548
E-mail: corby@vowelllawfirm.com

Samuel Rocereta (Bar No. 035983)
ROCERETA LAW, LLC
P.O. Box 826
Queen Creek, AZ 85142
Phone: (602) 757-3360
E-mail: sam@fusionorthopedics.com

*Attorneys for Defendant*
*Fusion Orthopedics, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Extremity Medical, LLC,<br><br>Plaintiff<br><br>v.<br><br>Fusion Orthopedics, LLC<br><br>Defendant | No. 2:22-cv-00723-PHX-GMS<br><br>**MOTION TO WITHDRAW AS COUNSEL – WITH CLIENT CONSENT** |

Pursuant to Local Rule 83.3, counsel Corby R. Vowell and Vowell Law, PLLC, hereby move to withdraw as counsel of record for Defendant Fusion Orthopedics, LLC. Defendant Fusion Orthopedics, LLC will continue to be represented by Steven C. Mahaffy of Mahaffy Law Firm, PC, Ross G. Culpepper of Alliance IP, LLC, and Samuel Rocereta of Rocereta Law, LLC.

Mr. Vowell conferred with Fusion Orthopedics, LLC, which consents to and does not oppose Corby R. Vowell's and the law firm of Vowell Law, PLLC's withdrawal from this matter. This withdrawal is sought because Mr. Mahaffy is replacing Mr. Vowell as Fusion Orthopedics, LLC's lead counsel in this case.

Corby R. Vowell and Vowell Law, PLLC have conferred with Fusion Orthopedics, LLC, verbally and in writing regarding the status of the case, and Fusion Orthopedics, LLC is fully informed regarding all aspects of this litigation.

The address of Fusion Orthopedics, LLC is as follows:
4135 S. Power Rd., Suite 118
Mesa, AZ 85212

Accordingly, Corby R. Vowell and the law firm of Vowell Law, PLLC, respectfully request that the Court grant this motion to withdraw as counsel for Orthopedics, LLC.

DATED this 29th day of October 2026.

By: /s/ Corby R. Vowell

Corby R. Vowell (*pro hac vice*)
VOWELL LAW, PLLC
8350 N. Central Expressway, Suite 1900
Dallas, TX 75206
Phone: (817) 313-9548
E-mail: corby@vowelllawfirm.com

*Attorneys for Defendant Fusion Orthopedics, LLC*

**ATTORNEY CERTIFICATION**

I, Corby R. Vowell, hereby certify that pursuant to Local Rule 83.3 I notified Fusion Orthopedics, LLC on August 28, 2026 in writing of the status of this litigation including the dates and times of any court hearings or trial settings and pending motions. I previously notified Fusion Orthopedics, LLC in writing on August 18, 2026 of my intent to withdraw as counsel from this case and again via a telephone conference on August 26, 2026, at which time Adam Cundiff, CEO of Fusion Orthopedics, LLC, consented to my withdrawal. I again notified Fusion Orthopedics, LLC in writing on October 20, 2026 of my intent to withdraw as counsel from this case.

/s/ Corby R. Vowell

Corby R. Vowell

**CERTIFICATE OF SERVICE**

I, Corby R. Vowell, hereby certify that on October 29, 2026, I served the foregoing document on all counsel of record via the Court's electronic filing system.

/s/ Corby R. Vowell

Corby R. Vowell