# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Extremity Medical, LLC,

Plaintiff,

v.

Fusion Orthopedics, LLC,

Defendant.

Fusion Orthopedics, LLC,

Counter-Claimant,

v.

Extremity Medical, LLC,

Counter-Defendant.

No. CV-22-00723-PHX-GMS

**ORDER**

Before the Court is Corby R. Vowell and Vowell Law, PLLC's, Moton to Withdraw as Counsel. (Doc. 196).

**IT IS ORDERED** granting Corby R. Vowell and Vowell Law, PLLC's, Motion to Withdraw as Counsel. (Doc. 196). Corby R. Vowell and Vowell Law, PLLC, shall be removed as counsel of record for Defendant Fusion Orthopedics, LLC.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** Defendant Fusion Orthopedics, LLC, will continue to be represented by Steven C. Mahaffy of Mahaffy Law Firm, PC, Ross G. Culpepper of Alliance IP, LLC, and Samuel Rocereta of Rocereta Law, LLC.

Dated this 29th day of October, 2026.

G. Murray Snow
Senior United States District Judge